FRANK SHERIDAN, Respondent, v. HARRY H. FRAZEE, Appellant.— Motion denied. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

BEATRICE C. SHIVERICK, Appellant, v. SEYMOUR W. BONSALL, Respondent.— Motion for stay denied, with ten dollars costs. Present — Carr, Mills, Rich and Putnam, JJ.; Jenks, P. J., not voting.

MARTHA T. SMITH and Others, Appellants, v. EDWARD H. L. SMITH and Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

HENRY C. BADENHAUSEN, Suing for Himself and Other Stockholders, etc., Respondent, v. NEENAN ELEVATOR COMPANY and Others, Defendants. JOHN F. HEALY and Another, Appellants.— Judgment modified by directing, as a condition of the adjudication in plaintiff's favor, the restoration by defendant Neenan Elevator Company to defendant Healy of the sum of $4,513.25 within thirty days after entry of judgment; and in default of such payment, a lien for that amount is adjudged on the personal property involved, and a sale of the said property of defendant Neenan Elevator Company is directed as in the case of foreclosure of a lien upon a chattel. (*Madison Ave. Baptist Church* v. *Oliver St. Baptist Church*, 73 N. Y. 82, 93.) The requests to find prepared by defendant Healy and another, numbered 13 and 14, are granted. As modified the judgment is affirmed, without costs. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred. Order to be settled on notice before Mr. Justice Stapleton.

HARRY BARNSLEY, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

JOHN BOSSERT and CHARLES V. BOSSERT, as Surviving Members, etc., Respondents, v. ANNIE E. DUCKER and DUCKER COMPANY, Appellants, and Others, Defendants.— Judgment of the County Court of Kings county modified by allowing as credits on the bond indebtedness items specified in defendants' sixth proposed finding of fact, and by making deductions in interest accordingly, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred. Order to be settled before Mr. Justice Stapleton.

WILLIAM BRODIE, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

JOHN F. DALY, Respondent, v. BROOKLYN DAILY EAGLE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

ELISA HACK, Respondent, v. SUPREME LODGE, KNIGHTS AND LADIES OF HONOR, Appellant.— Judgment and order affirmed, with costs. No opinion. Stapleton, Mills, Rich and Putnam, JJ., concurred.

AUGUST F. HEINZE, Respondent, v. CHARLES A. SIGMOND REALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and dis-